680 A.2d 1156

Benedict CHEN, Stacie L. Kelly, as Administratrix and Personal Representative of the Estate of Benedict Chen, deceased, on behalf of decedent's heirs at law and next of kin, and on her own behalf, Appellee,

v.

PHILADELPHIA ELECTRIC COMPANY and Henkels & McCoy, Inc., and Kiewit Eastern Company, Inc., Subsidiary of Kiewit Construction Group, Inc., and Kiewit–Perini, a Joint Venture, and Greiner Engineering Services, Inc., and Boswell–Yule Jordan, Inc., and Grove Manufacturing Company And Greiner Engineering Sciences, Inc., and Boswell–Yule Jordan, Inc.,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION and L & R Construction Co., Inc., Appellants.

Supreme Court of Pennsylvania.

Submitted May 13, 1996.

Decided Aug. 21, 1996.

George F. Bihn, III, Philadelphia, Walter W. Cohen, Harrisburg, for Com., D.O.T.

Robert J. Mongeluzzi, Philadelphia, for Stacie Kelly.

Bruce D. Lombardo, Richard J. Davies, Philadelphia, for Urban Engineering.

## *ORDER*

PER CURIAM.

Appeal dismissed as MOOT due to the settlement of the case.

NEWMAN, J., did not participate in the consideration or decision of this case.